August 14, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

NARADA HICKS, Appellant

NO. 14-10-00355-CR                           V.

THE STATE OF TEXAS, Appellee

_____

  This cause was heard **ON REMAND** from the Court of Criminal Appeals on the transcript of the record of the court below. The record reveals no error in the judgment. The Court orders the judgment be **AFFIRMED** and that appellant pay all costs expended in this appeal.

  We further order this decision certified below for observance.